# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:13–bk–14409–GBN |
| MICHAEL LEWIS STARBUCK<br>aka MIKE LEWIS STARBUCK<br>aka MIKE STARBUCK<br>4417 E. HUBBLE STREET<br>UNIT 51<br>PHOENIX, AZ 85008<br>**SSAN:** xxx–xx–0891<br>**EIN:** | Chapter: 13 |

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084–9 and 2084–10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012–1965 |
| Address of Debtor(s) | MICHAEL LEWIS STARBUCK<br>4417 E. HUBBLE STREET<br>UNIT 51<br>PHOENIX, AZ 85008 |
| Address of Debtor(s) Attorney | JOON N KEE<br>KEE LAW FIRM, PLC.<br>5849 N 83RD STREET<br>SCOTTSDALE, AZ 85250 |

– – – **NOTICE CONTINUES ON NEXT PAGE** – – –

2.	The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.	If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.	If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.	**For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: October 18, 2013**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

```
                             United States Bankruptcy Court
                                  District of Arizona
In re:                                                             Case No. 13-14409-GBN
MICHAEL LEWIS STARBUCK                                             Chapter 13
           Debtor              CERTIFICATE OF NOTICE

District/off: 0970-2          User: rootk              Page 1 of 2              Date Rcvd: Oct 18, 2013
                              Form ID: nch13pln        Total Noticed: 45
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2013.
```
db          +MICHAEL LEWIS STARBUCK,    4417 E. HUBBLE STREET,    UNIT 51,    PHOENIX, AZ 85008-3230
12465290    +4C MEDICAL GROUP PLC,    11000 N SCOTTSDALE RD,    STE 120,    Scottsdale AZ 85254-6169
12465291     AFFILIATED ARM SHOULDER & HAND LTD.,     3104 E. INDIAN SCHOOL RD,    STE 200,
               Phoenix AZ 85016-6853
12465294    +AURORA BEHAVIORAL HEALTH SYSTEM,     6350 S Maple Ave,    Tempe AZ 85283-2857
12465295   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro NC 27410)
12465297    +BYL Services,    301 Lacey Street,    West Chester PA 19382-3727
12465296    +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,     PO Box 5170,
               Simi Valley CA 93062-5170
12465298     CBCS,   PO BOX 163250,    Columbus OH 43216-3250
12465299     CBE GROUPSW,    PO BOX 2547,    Waterloo IA 50704-2547
12465301   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    PO Box 20363,
               Kansas City MO 64195)
12465302    +CITY OF PHOENIX WATER DEPT,    305 W WASHINGTON ST STE 200,    Phoenix AZ 85003-2100
12465300    +Chase,    P.o. Box 15298,    Wilmington DE 19850-5298
12465304    +Credit Control Corp,    11821 Rock Landing Dr,    Newport News VA 23606-4207
12465306   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DIRECTV,     P.O. Box 6550,    GREENWOOD VILLAGE CO 80155-6550)
12465305    +Desert Schools Fcu,    Attention: Bankruptcy,    PO Box 2945,    Phoenix AZ 85062-2945
12585461    +EMERGENCY GROUP OF AZ PROFESSIONAL CORP,     PO Box 12907,    Norfolk, VA 23541-0907
12465308    +JUDITH ANN HAHN, CANP,    7000 N. 16TH STREET,    STE 262,    Phoenix AZ 85020-5547
12465309     LDC COLLECTION SYSTEMS,    PO BOX 52030,    Phoenix AZ 85072-2030
12465310    +LEWIS CASTILLO,    2075 E. VILLA RITA DRIVE,    Phoenix AZ 85022-1718
12465311    +MARK A. KIRKORSKY, P.C.,    PO BOX 25287,    Tempe AZ 85285-5287
12465312    +MARTHA HERNANDEZ PMHNP, BC,     8160 N HAYDEN ROAD,    STE J112,    Scottsdale AZ 85258-2484
12465313    +PNC,   Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville OH 44141-3262
12465314     Principal Residentl Mt/CitiMortgage Inc.,     Attn: Bankruptcy Department,    PO Box 6043,
               SIOUX FALLS, SD 57117-6043
12465315    +RSI ENTERPRISES, INC.,    PO BOX 16190,    Phoenix AZ 85011-6190
12465316    +SCOTTSDALE ADULT MEDICINE,    10679 N FRANK LLOYD WRIGHT BLVD,    STE 101,
               Scottsdale AZ 85259-2675
12465317    +SCOTTSDALE CARDIOVASCULAR CTR,     3099 N CIVIC CENTER PLAZA,    Scottsdale AZ 85251-7999
12465318    +SCOTTSDALE CITY COURT,    3700 NORTH 75TH STREET,    Scottsdale AZ 85251-4555
12465320    +SCOTTSDALE EMERGENCY ASSOCIATES LTD,     PO BOX 29048 MSC 510,    Phoenix AZ 85038-9048
12465319     SCOTTSDALE EMERGENGY ASSOCIATES LTD,     PO BOX 29048 MSC510,    Phoenix AZ 85038-9048
12465321    +SCOTTSDALE HEALTHCARE,    PO BOX 29689,    Phoenix AZ 85038-9689
12465322     SONORA QUEST LABORATORIES,    PO BOX 52880,    Phoenix AZ 85072-2880
12465323     SOUTHWEST CHEST CONSULTANTS,    10277 N 92ND ST,    STE 103,    Scottsdale AZ 85258-4564
12465324     SOUTHWEST DIAGNOSTIC IMAGING,    2323 W. ROSE GARDEN LN,    Phoenix AZ 85027-2530
12465325    +SOUTHWEST GAS,    10851 N Black Canyon Highway,    Phoenix AZ 85029-2744
12465326    +T-bird Coll Specialist,    3200 N Hayden Road, Suite 110,    Scottsdale AZ 85251-6766
12465327     VALLEY COLLECTION SERVICE, LLC,     PO BOX 520,    Glendale AZ 85311-0520
12465329   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick MD 21701)
12465328    +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines IA 50328-0001
12465330    +West Asset Management,    2703 N Highway 75,    Sherman TX 75090-2567
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcynotices@azdor.gov Oct 18 2013 23:49:41      AZ DEPARTMENT OF REVENUE,
               BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
12465292      E-mail/PDF: recoverybankruptcy@afninet.com Oct 18 2013 23:58:02      AFNI INC,
               1310 MARTIN LUTHER KING DRIVE,    PO BOX 3517,    Bloomington IL 61702-3517
12477991    +E-mail/Text: g20956@att.com Oct 18 2013 23:51:18      AT&T Mobility II LLC,    % AT&T Services, Inc,
               Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
12465293      E-mail/Text: ally@ebn.phinsolutions.com Oct 18 2013 23:52:16      Ally,    Attn: Bankruptcy,
               PO Box 13024,    Roseville MN 55113
12465303    +Fax: 480-312-2548 Oct 19 2013 00:25:38      CITY OF SCOTTSDALE WATER DEPT.,
               7447 E. Indian School Road,    STE 110,    Scottsdale AZ 85251-3915
12465307      E-mail/Text: bknotice@erccollections.com Oct 18 2013 23:54:04      ENHANCED RECOVER COMPANY, LLC,
               8014 BAYBERRY RD,    Jacksonville FL 32256-7412
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2013 at the address(es) listed below:
              JOON N KEE    on behalf of Debtor MICHAEL LEWIS STARBUCK jkee@keelawaz.com,  ecf@keelawaz.com
              RUSSELL   BROWN    ecfmailclient@ch13bk.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```